**STATE of Missouri, Respondent,**

v.

**Robert McFEELY, Appellant.**

**Nos. WD 48299, WD 50410.**

Missouri Court of Appeals,
Western District.

June 6, 1995.

Ellen H. Flottman, Office of the State Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Michelle A. Freund, Asst. Atty. Gen., Jefferson City, for respondent.

Before KENNEDY, P.J., and SMART and LAURA DENVIR STITH, JJ.

### ORDER

PER CURIAM:

Robert McFeely appeals from the trial court's judgment finding him guilty of burglary in the first degree, in violation of

§ 569.160, RSMo 1994.[1] McFeely was sentenced as a prior and persistent offender to fifteen years imprisonment.

Judgment is affirmed. Rule 30.25(b).

■

**Betty Jane STONE, Respondent,**

v.

**Kenneth Londaro STONE, Appellant.**

**No. WD 48886.**

Missouri Court of Appeals,
Western District.

June 6, 1995.

Peter J. Koppe, Kansas City, for appellant.

Donald L. Crow, Kansas City, for respondent.

Before KENNEDY, P.J., and SMART and LAURA DENVIR STITH, JJ.

### ORDER

PER CURIAM.

Appeal from property division and child custody provisions of dissolution decree.

Judgment affirmed. Rule 84.16(b).

---

1. This direct appeal has been consolidated with defendant's postconviction appeal pursuant to Rule 29.15(*l*). Defendant fails to raise any points of error in regard to his Rule 29.15 motion. Thus, defendant waives any allegation of error for the postconviction proceedings and abandons this portion of his appeal.